# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

* * * * * * * * * * * * * * * * * * *

THE STATE OF MONTANA

vs.

**Wyatt Michael Grayson**　　　　　　　　　　No. CR 19-117-BLG-SPW

DOB: **1996**　　　　　　　　　　　　　　　　PETITION TO OPEN
　　　　　　　　　　　　　　　　　　　　　　JUVENILE/SEALED RECORDS
SSN: **XXX-XX-5794**

Whereas the above-name defendant entered a plea of GUILTY to *Possession of a Stolen Firearm and Receipt of a Firearm by Person Under Indictment* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Court documents, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Institution records, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

1/7/2020 Date

* * * * * * * * * *
**ORDER**
* * * * * * * * * *

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records, including sealed records, held by any Court, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this 7th day of January, 2020.